# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor Corporation Publicly Held listed below was filed on February 20, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer acess available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Wyne Auto Brokers, LLC
4928 Virginia Beach Boulevard
Virginia Beach, VA 23462

| | |
|---|---|
| Case Number: 09–70650–SCS<br>Office Code: 2 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>20–0567665 |
| Attorney for Debtor(s) (name and address):<br>John J. McNally<br>1057 Manchester Avenue<br>Norfolk, VA 23508<br>Telephone number: 757–321–7943 | Bankruptcy Trustee (name and address):<br>Charles L. Marcus<br>Crown Center, Suite 300<br>580 East Main Street<br>Norfolk, VA 23510<br>Telephone number: 757–622–9005 |

## Meeting of Creditors

Date: **March 24, 2009**  Time: **11:00 AM**
Location: **Office of the U.S. Trustee, 200 Granby Street, Room 120, Norfolk, VA 23510**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Creditor with a Foreign Address:**

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>600 Granby St., Room 400<br>Norfolk, VA 23510 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **VCIS 24–hour case information:**<br>Toll Free 1–800–326–5879 | Date: February 23, 2009 |

## EXPLANATIONS    B9B (Official Form 9B) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Norfolk. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Norfolk. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1.

**PHOTOCOPIES:** May be obtained by contacting Creative Assistant at (757) 624–9990 or by fax at (757) 624–9998.

**PAYMENT OF FEES FOR NEWPORT NEWS CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:**

**Newport News:** non–debtor's check, money order, cashier's check or any authorized non–debtor's credit card; for security reasons, no cash accepted at Newport News location.

**Norfolk:** same as above; however cash is accepted.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0422-8          User: gibbsl              Page 1 of 2              Date Rcvd: Feb 23, 2009
Case: 09-70650                Form ID: B9B              Total Served: 80
```

The following entities were served by first class mail on Feb 25, 2009.

```
db         +Wyne Auto Brokers, LLC,    4928 Virginia Beach Boulevard,    Virginia Beach, VA 23462-2615
aty        +John J. McNally,    1057 Manchester Avenue,    Norfolk, VA 23508-1261
tr         +Charles L. Marcus,    Crown Center, Suite 300,    580 East Main Street,    Norfolk, VA 23510-2306
8745215    +APCI Federal Credit Union,    P.O. Box 20147,    Lehigh Valley, PA 18002-0147
8745211    +Advanced Dealer Services, Inc.,    5741 Bayside Road, Ste. 101,    Virginia Beach, VA 23455-3014
8745212    +Alllen R. Townes,    2908 Hilton Avenue,    Chesapeake, VA 23324-3912
8745214    +Amy Meekhan,    1027 Billinger Blvd.,    Norfolk, VA 23511-2213
8745216    +Auto Pro Network,    4200 E. Skelly Drive, Ste. 401,    Tulsa, OK 74135-3208
8745217    +Auto Sport/Salmon Sadik,    4893 N. Withduck Road,    Virginia Beach, VA 23455-6355
8745218    +Bank of America,    4616 Virginia Beach Boulevard,    Virginia Beach, VA 23462-6707
8745219    +C & F Finance Company,    P.O. Box 38456,    Richmond, VA 23231-0656
8745220    +Carlos Rendon,    3809 Davis Street,    Norfolk, VA 23513-4222
8745221    +Carolina Finance LLC,    1713 Spring Garden Street,    Greensboro, NC 27403-2741
8745222    +Cavalier Motors Ltd,    3332 Station House Road,    Suite A,    Chesapeake, VA 23321-2514
8745223    +Charmin Covington,    605 Forester Court,    Virginia Beach, VA 23452-3004
8745224    +Checkered Flag,    236 Clearfield Ave., Ate. 205,    Virginia Beach, VA 23462-1893
8745225    +Cheree S. Wilson,    6404 Faraday Court,    Norfolk, VA 23513-1914
8745226    +Cheryl Holliday,    991 Colonial Meadows Way,    Virginia Beach, VA 23454-3145
8745227    +Chris Freeman,    711 East Leicester Ave.,    Apartment B-12,    Norfolk, VA 23503-3672
8745228    +Citi Financial Auto,    P.O. Box 9575,    Coppell, TX 75019-9509
8745229    +Clifford Alder,    361 S. George Washington Hwy,    Chesapeake, VA 23323-1702
8745230    +Coastal Credit LLC,    3852 Virginia Beach Blvd,    Virginia Beach, VA 23452-2438
8745231    +Commissioner of the Revenue,    City of Virginia Beach,    2401 Courthouse Drive,
             Virginia Beach, VA 23456-9120
8745232     Cox Communications,    P.O. Box 183124,    Columbus, OH 43218-3124
8745236    ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
            (address filed with court: Dominion Virginia Power,    P.O. Box 26543,    Richmond, VA 23290-0001)
8745233    +Delshawn D. Anderson,    1716 Birch Trail Cir., Apt 7,    Chesapeake, VA 23320-8415
8745234     Department of Taxation,    Bankruptcy Department,    2220 West Broad Street,
             Richmond, VA 23220-2008
8745235    +Dominion Law Associates,    222 Central Park Avenue,    Virginia Beach, VA 23462-3022
8745237    +Doris O. Martin,    5107 Dandy Court,    Virginia Beach, VA 23462-1805
8745238    +Equifax Information Serv, LLC,    P.O. Box 4472,    Atlanta, GA 30302-4472
8745239    +Erie Insurance,    100 Erie Insurance Place,    Erie, PA 16530-9000
8745240     FedEx Corporation,    P.O. Box 332,    Memphis, TN 38194-4741
8745241    +Felipe Acosta,    1152 Virginia Beach Blvd.,    Virginia Beach, VA 23451-5681
8745242     First National Bank of Texhoma,    P.O. Box 649,    Keyes, OK 73947-0000
8745243    +Gary W. Lee, Esquire,    Consumer Legal Services, P.C.,    1700 Pleasure House Road, 102A,
             Virginia Beach, VA 23455-4062
8745244    +Glen W. Thompson, Esquire,    222 Central Park Avenue,    Virginia Beach, VA 23462-3022
8745245    +Gregory L. Smith,    1013-C St. Andrews Way,    Chesapeake, VA 23320-8524
8745249    +HRFT Finance Inc.,    3515 Airline Blvd.,    Portsmouth, VA 23701-2642
8745250     HSBS Business Solutions,    P.O. Box 5239,    Carol Stream, IL 60197-5239
8745246     Harry Jernigan CPA,    N. Witchduck Road,    Virginia Beach, VA 23462-0000
8745247    +Hollyanne W. Gandy,    772 Meade Lane,    Virginia Beach, VA 23455-5862
8745248     Home Depot Credit Services,    P.O. Box 6029,    The Lakes, NV 88901-6029
8745251     Internal Revenue Service,    Specl Proc./Suppt Staff,    Richmond, VA 23240-0025
8745252    +Jameel Matin,    1808 Shupper Drive,    Yorktown, VA 23691-5112
8745253    +Jerry Dowell,    936 Maxima Square, #203,    Virginia Beach, VA 23451-6355
8745254    +Jewel Cherry,    c/o Tiffany & Tiffany, PLLC,    770 Independence Cir., Ste 200,
             Virginia Beach, VA 23455-6438
8745255    +John J. McNally, Atty at Law,    1057 Manchester Avenue,    Norfolk, VA 23508-1261
8745256    +John M. Wyne,    334 Peachtree Lane,    Newport News, VA 23602-7485
8745257    +Jones Blechman Woltz Kelly,    701 Town Center Drive, Ste 800,    Newport News, VA 23606-4294
8745258    +Kimberly Wildley,    409 Aragona Blvd.,    Virginia Beach, VA 23462-5504
8745259     Lease Finance Group LLC,    233 N. Michigan Avenue,    Suite 1800,    Chicago, IL 60601-5802
8745260    +Linsey Servin,    1613 Rocky Spring Court,    Fort Lee, VA 23801-1216
8745261    +Little Joe's Auto,    1601 S. Military Hwy,    Chesapeake, VA 23320-2609
8745262     Logan Bidmar,    USS Harry Truman, CVN-72,    Norfolk, VA 23511-0000
8745263    +Louis Craig Wyne,    2121 Oaklawn Court,    Virginia Beach, VA 23454-7209
8745264     Marlin Leasing,    P.O. Box 13604,    Philadelphia, PA 19101-3604
8745265    +McHenry, Dancigers & Lake,    192 Ballard Court, Ste. 400,    Virginia Beach, VA 23462-6538
8745266    +Members Trust Credit Union,    5648 Southern Blvd,    Virginia Beach, VA 23462-2407
8745267    +Miguel A. Quintero,    1209 Geranium Crescent,    Virginia Beach, VA 23453-2822
8745268    +Motor Vehicle Dealer Board,    2201 West Broad Street,    Suite 104,    Richmond, VA 23220-2022
8745270    +Nicholas Decorse, II,    1526 W. Intruder Circle,    Virginia Beach, VA 23454-5406
8745271    +Nicole Gibson,    1340 Lungdale Road, Apt. 202,    Norfolk, VA 23513-4736
8745272    +Norfolk Auto Mart,    4959-B Cox Road,    Glen Allen, VA 23060-6296
8745273    +Northland Group Inc.,    P.O. Box 390905,    Edina, MN 55439-0905
8745274    +Pamela D. David,    3309 Verdun Ave., Apt. B,    Norfolk, VA 23509-2633
8745275    +Patricia Papazoglou,    1664 Tether Keep,    Virginia Beach, VA 23454-1331
8745276    +Port Alliance Credit Union,    5670 Raby Road,    Norfolk, VA 23502-2411
8745277    +Richard A. Peregory,    Bryan Peregory,    813 Norman Avenue,    Norfolk, VA 23518-2517
8745278    +Steven L. Brown, Esquire,    Wolcott Rivers Gates,    One Columbus Center,
             Virginia Beach, VA 23462-6722
8745279    +The Finance Company,    860 Greenbrier Circle,    Tower One, Suite 600,    Chesapeake, VA 23320-2640
8745280    +The Reynolds and Reynolds Co.,    One Reynolds Way,    Dayton, OH 45430-1586
8745281    +The Virginian Pilot,    150 W. Brambleton Avenue,    Norfolk, VA 23510-2075
8745282     Tribune Interactive,    14891 Collections Center Dr.,    Chicago, IL 60693-0148
8745283    +Victoria Williams,    607 9th Street,    Newport News, VA 23607-6363
8745284     Wachovia Financial Services,    P.O. Box 168048,    Irving, TX 75016-8048
8745285     Wells Fargo Auto Finance,    Tempe Operations Center,    P.O. Box 29704,    Phoenix, AZ 85038-9704
```

```
District/off: 0422-8            User: gibbsl              Page 2 of 2               Date Rcvd: Feb 23, 2009
Case: 09-70650                  Form ID: B9B              Total Served: 80
```

```
8745286     +William C. Bischoff, Esquire,   Stallings & Bischoff, P.C.,   2101 Parks Ave., Ste. 801,
             Virginia Beach, VA 23451-4160
8745287     +Zee Medical, Inc.,   P.O. Box 781573,   Indianapolis, IN 46278-8573
The following entities were served by electronic transmission on Feb 24, 2009.
8745213      EDI: AMEREXPR.COM Feb 23 2009 22:58:00     American Express,   P.O. Box 1270,
             Newark, NJ 07101-1270
8745269     +E-mail/Text: ext_ebn_inbox@navyfederal.org                           Navy Federal Credit Union,
             P.O. Box 3100,   Merrifield, VA 22119-3100
8745285      EDI: WFFC.COM Feb 23 2009 22:58:00     Wells Fargo Auto Finance,   Tempe Operations Center,
             P.O. Box 29704,   Phoenix, AZ 85038-9704
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 25, 2009**                    **Signature:**       *Joseph Speetjens*